UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
Rosemarie Friedman,

                Plaintiff,

                                      CV 10-466 (NGG)

    -against-

                                      **ORDER**

Commissioner of Social Security,

                Defendant.
------------------------------------X

GARAUFIS, District Judge.

    Plaintiff initiated this action by filing a complaint on **February 1, 2010.**

The parties are directed to adhere to the following policies, which the Board of Judges has adopted for expediting the disposition of Social Security cases.

The defendant will move for judgment on the pleadings, unless otherwise directed by the Court, sixty(60) days after filing its answer or by **July 7, 2010**. Plaintiff's response papers will be filed within thirty days, or by **August 11 , 2010.** The motion will be decided on the submissions.

    The plaintiff's *in forma pauperis* application is **granted**.

SO ORDERED.

Dated: Brooklyn, New York
       May 10, 2010

                              /S/
                        _____
                        NICHOLAS G. GARAUFIS
                        United States District Judge